**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7905**

ROBERT STEVEN VISINTINE,

             Petitioner - Appellant,

      v.

KENNY ATKINSON, Warden, FMC Butner,

             Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:15-hc-02055-BO)

Submitted:  April 21, 2016          Decided:  April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Steven Visintine, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Steven Visintine, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Visintine v. Atkinson, No. 5:15-hc-02055-BO (E.D.N.C. Oct. 16, 2015). We deny Visintine's motion for injunctive relief pending appeal, but we grant his motion to supplement his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED